Kevin L. **FARMER**, Plaintiff—Appellant,

v.

Patricia **STANSBERRY**, Warden, Defendant—Appellee.

No. 05–6326.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 17, 2005.

Decided: Oct. 4, 2005.

Kevin L. Farmer, Appellant pro se.

Before WILKINSON, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Kevin L. Farmer, a federal prisoner, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000) for failure to exhaust administrative remedies. We have reviewed the record and have found no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Farmer v. Stansberry,* No. CA–04–999 (E.D.N.C. Feb. 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*